505 P.2d 67

**In the Matter of Anthony F. AVALLONE, Attorney At Law.**

**No. 8897.**

Supreme Court of New Mexico.

Nov. 29, 1972.

Ordered that Petitioner Anthony F. Avallone be and he hereby is reinstated as a member of the State Bar of New Mexico.

505 P.2d 67

**Petition of Michael ALARID, Jr., et al.**

**No. 9580.**

Supreme Court of New Mexico.

Dec. 1, 1972.

Ordered and adjudged that the Petition heretofore filed in this cause be, and the same is hereby, dismissed with prejudice, and the costs of this suit shall be assessed against Petitioners.

505 P.2d 67

**Eric N. CULVER, Petitioner.**

**v.**

**SIERRA BLANCA SALES COMPANY, INC., a New Mexico corporation, Respondent.**

**No. 9597.**

Supreme Court of New Mexico.

Dec. 15, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

505 P.2d 67

**Tom MOSIER, Petitioner.**

**v.**

**SIERRA BLANCA SALES COMPANY, INC., a New Mexico corporation, Respondent.**

**No. 9596.**

Supreme Court of New Mexico.

Dec. 15, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

505 P.2d 67

**NEWCO INDUSTRIES, INC., a New Mexico corporation, et al., Petitioners,**

**v.**

**SIERRA BLANCA SALES COMPANY, INC., a New Mexico corporation and Eric N. Culver, Respondents.**

**No. 9595.**

Supreme Court of New Mexico.

Dec. 15, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.